UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES SECURITIES AND        :
EXCHANGE COMMISSION,                :
               Plaintiff,         :        **ORDER**
v.                                  :
                                   :        18 CV 11668 (VB)
VANIA MAY BELL,                     :
               Defendant.         :
--------------------------------------------------------------x

      Defendant Vania May Bell's time to answer, move, or otherwise respond to the complaint expired on March 8, 2019. (See Doc. #25). To date, defendant has failed to answer, move, or respond to the complaint, nor has she sought an extension of time to do so.

      Accordingly, by May 9, 2019, plaintiff shall inform the Court by letter of defendant's status.

Dated: May 2, 2019
       White Plains, NY

                                             SO ORDERED:

                                             _____
                                             Vincent L. Briccetti
                                             United States District Judge