```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES SECURITIES AND            :
EXCHANGE COMMISSION,                    :       ORDER REGARDING
                    Plaintiff,          :       SEALED DOCUMENTS
v.                                      :
                                        :       18 CV 11668 (VB)
VANIA MAY BELL,                         :
                    Defendant.          :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/19

The Court having issued a Confidentiality Agreement and Protective Order dated July 23, 2019, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth on the Court's website at:
   http://www.nysd.uscourts.gov/cases_records.php?records=sealed_records;

2. As soon as practicable, but in no event later than ten calendar days after having filed paper copies of the submitted materials, the submitting party shall electronically file with the Court, for its public file, a copy of the submitted materials with the Confidential Material redacted;

3. A full and unredacted courtesy copy of any submission of documents filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: July 23, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge