UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
                Plaintiff,

**ORDER**

v.

18 CV 11668 (VB)

VANIA MAY BELL,
                Defendant.
--------------------------------------------------------------x

On August 13, 2019, the Court granted pro se defendant Vania May Bell's motion to stay this action pending resolution of a related criminal proceeding against her, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #52).

By Order dated November 15, 2019, the Court instructed defendant to notify the Court, in writing and by February 9, 2020, of the status of her criminal proceeding. (Doc. #55).

Defendant has failed to comply with the November 15 Order.

**In view of defendant's pro se status, the Court sua sponte extends to March 12, 2020, defendant's time to notify the Court of the status of her criminal proceeding.**

The Clerk is directed to mail a copy of this Order to defendant Vania May Bell at the address on the docket.

Dated: February 20, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge