UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
               Plaintiff, :    **ORDER**
v. :
    :    18 CV 11668 (VB)
VANIA MAY BELL, :
               Defendant. :
---------------------------------------------------------------x

    On August 13, 2019, the Court granted pro se defendant Vania May Bell's motion to stay this action pending resolution of a related criminal proceeding against her, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #52).

    By Order dated June 3, 2020, the Court instructed defendant to notify the Court, in writing and by September 1, 2020, of the status of her criminal proceeding. (Doc. #61).

    Defendant has failed to comply with the Court's June 3 Order.

    **In view of defendant's pro se status, the Court sua sponte extends to October 6, 2020, defendant's time to notify the Court of the status of her criminal proceeding.**

    Chambers will mail a copy of this Order to defendant Vania May Bell at the address on the docket.

Dated: September 8, 2020
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge