UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
                       Plaintiff,

v.

VANIA MAY BELL,
                       Defendant.
----------------------------------------------------------x

**ORDER**

18 CV 11668 (VB)

      By letter dated September 1, 2020, defendant Vania N. Bell, proceeding pro se, notifies the Court of the status of her related criminal proceeding, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #63). The submission indicates that a status conference in the criminal proceeding, previously scheduled for July 1, 2020, has been re-scheduled for December 4, 2020. (Id. at ECF 3).

      Accordingly, by December 11, 2020, and every ninety days thereafter, defendant shall notify the Court in writing of the status of her criminal proceeding.

      Chambers will mail a copy of this Order to defendant Vania N. Bell at the address on the docket.

Dated: September 15, 2020
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge