Copies Mailed/Faxed 7/30/21
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/21

------------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
             Plaintiff,

v.

VANIA MAY BELL,
             Defendant.
------------------------------------------------------------x

**ORDER**

18 CV 11668 (VB)

      On August 13, 2019, the Court granted pro se defendant Vania May Bell's motion to stay this action pending resolution of a related criminal proceeding against her, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #52). The Order required defendant to notify the Court in writing of the status of her criminal proceeding every ninety days.

      Defendant's last status update was March 15, 2021. Accordingly, defendant's next status update was due June 15, 2021. Defendant has failed to provide this update.

      **In view of defendant's pro se status, the Court sua sponte extends to August 20, 2021, defendant's time to notify the Court of the status of her criminal proceeding.**

      Chambers will mail a copy of this Order to defendant Vania May Bell at the address on the docket.

Dated: July 30, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge