```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES SECURITIES AND              :
EXCHANGE COMMISSION,                      :
                    Plaintiff,            :
                                          :       ORDER
                                          :
v.                                        :       18 CV 11668 (VB)
                                          :
VANIA MAY BELL,                           :
                    Defendant.            :
--------------------------------------------------------------x
```

On August 13, 2019, the Court granted pro se defendant Vania May Bell's motion to stay this action pending resolution of a related criminal case against her, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #52).

On July 25, 2022, the Court ordered that by October 7, 2022, defendant shall again notify the Court in writing of the status of her criminal proceeding. (Doc. #76).

To date, defendant has not filed a further status update.

Accordingly, the Court, sua sponte, extends to October 31, 2022, defendant's time to notify the the Court in writing of the status of her criminal proceeding.

Chambers will mail a copy of this Order to defendant at the address listed on the docket.

Dated: October 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge