UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES SECURITIES AND        :
EXCHANGE COMMISSION,                 :
                      Plaintiff,     :        **ORDER**
                                     :
v.                                   :        18 CV 11668 (VB)
                                     :
VANIA MAY BELL,                      :
                      Defendant.     :
-------------------------------------------------------------x

On August 13, 2019, the Court granted pro se defendant Vania May Bell's motion to stay this action pending resolution of a related criminal case against her, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.).  (Doc. #52).

On October 25, 2022, defendant informed the Court of her sentencing on October 11, 2022.  (Doc. #79).

On November 5, plaintiff requested the Court continue the stay for another sixty days to allow for settlement discussions. (Doc. #80).

Plaintiff's request is GRANTED.  By Thursday, January 5, 2023, the parties shall advise the Court of the status of their settlement discussions, including their positions on whether the stay should be continued or vacated.

Chambers will mail a copy of this Order to defendant at the address listed on the docket.

Dated: November 7, 2022
       White Plains, NY

                            SO ORDERED:

                            Vincent L. Briccetti
                            United States District Judge