Copies Mailed/Faxed 2/23/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES SECURITIES AND        :
EXCHANGE COMMISSION,                :
                Plaintiff,         :      **ORDER**
                                    :
v.                                  :      18 CV 11668 (VB)
                                    :
VANIA MAY BELL,                     :
                Defendant.         :
--------------------------------------------------------------x

      As discussed at an on-the-record telephone conference held today and attended by plaintiff's counsel and defendant, who is proceeding pro se, it is HEREBY ORDERED:

      1.      By **March 27, 2023**, plaintiff's counsel shall submit a joint letter indicating whether the parties have resolved this case by agreement. If so, counsel shall submit a proposed consent order for the Court's review.

      2.      Plaintiff's motion for summary judgment, if any, is due **April 27, 2023**.

      3.      Defendant's opposition is due **May 30, 2023**.

      4.      Plaintiff's reply is due **June 13, 2023**.

      5.      The Clerk is instructed to update defendant's address on the docket, to: Vania May Bell, 87059-054, FCI Danbury, Route 37, Danbury, CT 06811.

      6.      Defendant shall notify the Court and plaintiff in writing if her address changes.

      Chambers will mail a copy of this Order to defendant at her current address.

Dated: February 23, 2023
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge