Copies Mailed/Faxed 3/28/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES SECURITIES AND :
EXCHANGE COMMISSION, :
         Plaintiff, : **ORDER**    3/28/23
:
v. : 18 CV 11668 (VB)
:
VANIA MAY BELL, :
         Defendant. :
--------------------------------------------------------------x

        On February 23, 2023, following an on-the-record telephone conference attended by plaintiff's counsel and defendant, the Court entered an order directing plaintiff's counsel to submit, by March 27, 2023, a joint letter indicating whether the parties have resolved this case by agreement, and if so, to submit a proposed consent order for the Court's review. (Doc. #86). The Court also entered a briefing schedule for plaintiff's anticipated motion for summary judgment.

        By letter dated March 27, 2023, plaintiff's counsel advises the Court that the parties have agreed upon a proposed Final Judgment and Consent, and that he expects to receive the fully executed Consent from Ms. Bell this week. (Doc. #87).

        Accordingly, it is HEREBY ORDERED:

        1.     By **April 7, 2023**, plaintiff's counsel shall submit the proposed Final Judgment and Consent for the Court's review.

        2.     Plaintiff's deadline to file a motion for summary judgment, if any, is STAYED pending further Court order.

        Chambers will mail a copy of this Order to defendant at the address listed on the docket.

Dated: March 28, 2023
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge